STATE ex rel. MAY LAYMASTER v. KENNETH WILHITE and J. G. SLATE.

**In Banc, July 14, 1914.**

*Certiorari.*

DISMISSED.

*Irwin & Peters* for relator.

*James H. Lay* and *A. M. Hough* for respondents.

WOODSON, J.—This proceeding was begun in this court, requesting a writ of *certiorari*, requiring the judge of the circuit court of Cole county to send up a complete record of that court in a contempt case against May Laymaster, in and of a *habeas corpus* proceeding also pending in this court, and disposed of at this sitting of the court. [*Ante*, p. 613.]

The writ was issued and the record was sent up as requested.

The disposition of that case also disposes of this, and the cause is therefore dismissed. All concur except, *Bond, J.*, not present.